## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| MICHAEL H. WEAVER and<br>MARY EMBER WEAVER,<br><br>Debtors. | 08-25811 JAB<br><br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CREDITOR & ADDRESS (last known) | CHECK AMOUNT |
|---|---|
| The Living Scriptures<br>3625 Harrison Blvd.<br>Ogden, UT  84403 | $0.65 |
| Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $1.27 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $1.92 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _13_ day of May, 2010.

_____
Duane H. Gillman, Trustee

SLC_603379.1